UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 1:08-CR-30 |
| WILLIAM H. ASHLEY : | |
| Defendant : | |

**CONSENT MOTION TO CONTINUE PLEA AGREEMENT HEARING**

COMES NOW the Defendant, William H. Ashley, by his attorney, Shraga Kawior, and respectfully represents to this Honorable Court:

1. That the instant matter was previously scheduled for a Plea Agreement Hearing on April 2, 2008 at 3:00 p.m. before the Hon. James Robertson.

2. That the April 2, 2008 hearing was cancelled due to the Defendant's medical condition which necessitated emergency treatment at Southern Maryland Hospital and subsequently at the Adventist Hospital for a cardiac condition.

3. That the government, by Assistant U.S. Attorney, Timothy G. Lynch, and the Defendant, William H. Ashley, by his counsel, have since cleared May 15, 2008 at 9:00 a.m., a date available to the Court, as the new date for the Plea Agreement Hearing.

4. That the Defendant waives the Speedy Trial Act.

5. That good cause exists and the interests of justice require that the Plea Agreement Hearing be re-set to May 15, 2008 at 9:00 a.m.

6. That the government consent to the instant motion.

WHEREFORE, the Defendant, William H. Ashley, requests:

A. That the Consent Motion to Continue Plea Agreement Hearing be granted;

B. That the Plea Agreement Hearing previously scheduled for April 2, 2008 be re-set

-2-

to May 15, 2008 at 9:00 a.m.;

      C.    That he be awarded such other and further relief as the nature of his cause may require.

Respectfully submitted,

/s/ Shraga Kawior
Shraga Kawior
KAWIOR & FELDMAN, P.C.
8630 Fenton Street, Suite 822
Silver Spring, MD 20910
(301) 565-2900

Attorney for Defendant

Case 1:08-cr-00030-JR    Document 2    Filed 04/17/2008    Page 2 of 3

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 1:08-CR-30 |
| WILLIAM H. ASHLEY : | |
| Defendant : | |

**O R D E R**

UPON CONSIDERATION of the Consent Motion to Continue Plea Agreement Hearing, the grounds thereto and for good cause, and the Defendant, William H. Ashley, having waived the Speedy Trial Act, it is by the United States District Court for the District of Columbia this _____ day of _____ 2008,

ORDERED, that the Consent Motion to Continue Plea Agreement Hearing be and the same is hereby, GRANTED; and it is further,

ORDERED, that the Plea Agreement Hearing previously scheduled for April 2, 2008 be and the same is hereby continued to May 15, 2008 at 9:00 a.m. in Courtroom 23A before the Hon. James Robertson.

                                                            JUDGE, United States District Court
                                                             for the District of Columbia