UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:08-CR-30 (JR) |
| WILLIAM H. ASHLEY | : |
| Defendant | : |

**FILED**
APR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**O R D E R**</u>

UPON CONSIDERATION of the Consent Motion to Continue Plea Agreement Hearing, the grounds thereto and for good cause, and the Defendant, William H. Ashley, having waived the Speedy Trial Act, it is by the United States District Court for the District of Columbia this 17th day of April 2008,

ORDERED, that the Consent Motion to Continue Plea Agreement Hearing be and the same is hereby, GRANTED; and it is further,

ORDERED, that the Plea Agreement Hearing previously scheduled for April 2, 2008 be and the same is hereby continued to May 15, 2008 at 9:00 a.m. in Courtroom 23A before the Hon. James Robertson.

_____
JAMES ROBERTSON
United States District Judge