AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

William H. Ashley

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-30

I, William H. Ashley, the above named defendant, who is accused of

**FILED**

MAY 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/15/08 _____ prosecution by indictment and consent that the pro-
                        *Date*
ceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
         *Judicial Officer*