U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA      :

         V.                              :       Case No. 08-30 (JR)

WILLIAM P. ASHLEY              :

                                       :

                                       :
                        ORDER

**FILED**
MAY 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___15th___ day of ___May 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on May 15, 2008 by ___Det. Richard A. Espinosa___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

                                                                        **Judge (U.S. Magistrate)** James Robertson