HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

William H. Ashley             Docket No.: 08-CR-30

**FILED**
**AUG 2 0 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  William H. Ashley  having been sentenced, on July 23, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  USP Hazelton SCP , in  Bruceton, Mills, WV  by 2 p.m., on  September 18, 2008 .

_____8/20/08_____                    _____[signature]_____
Date                                                    JAMES ROBERTSON
                                                        UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

_____[signature]_____                    _____[signature]_____
ATTORNEY/U.S. PROBATION OFFICER          DEFENDANT

Revised 6-2004